UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Angel GIRON Rodas,<br><br>Defendant. | Magistrate Docket No. **24MJ2053**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about May 23, 2024, within the Southern District of California, defendant, Jose Angel GIRON Rodas, knowing or in reckless disregard of the fact that certain aliens, namely Miguel Angel AQUINO Porras, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 24, 2024.

HON. DAVID D. LESHNER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Jose Angel GIRON Rodas

PROBABLE CAUSE STATEMENT

The complainant states that Miguel Angel AQUINO Porras, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 23, 2024, Border Patrol Agent's J. Wemhoener and A. Manning were performing their assigned duties as part Brown Field Border Patrol Station's Anti-Smuggling Unit near Tecate, California, in Brown Field Border Patrol Station's area of responsibility. Agent's Wemhoener and Manning were dressed in plain clothes wearing their agency issued armor vest with Border Patrol insignia visible. Both agents were driving unmarked government vehicles with emergency lights and siren operational.

At approximately 2:46 PM, Agent Wemhoener responded to radio traffic of a black truck with a ladder seen on a digital intrusion device traveling north on Marron Valley Road (MVR). Agent Wemhoener recognized the truck as one he had seen travelling south on MVR approximately thirty minutes earlier. At approximately 2:57 PM, Agent Wemhoener pulled onto the shoulder of State Route-94 (SR-94) and observed the dark gray Chevrolet Silverado traveling east. Agent Wemhoener pulled behind the Chevy and observed the driver constantly checking his rear-view mirror and tailgating the vehicle in front of him. Agent Wemhoener noticed whenever the agent got closer to the Chevy, the driver would get closer to the vehicle in front of him trying to create distance from the agent. At approximately 3:00 PM, Agent Wemhoener contacted the Border Patrol Tactical Communications Center (TCC) and requested record checks on the license plate revealing that the Chevy had only one previous crossing through the Border Patrol Checkpoints or Ports of Entry. Further information was relayed that the Chevy was registered out of Los Angeles, California.

At approximately 3:06 PM, Agent Wemhoener activated his emergency lights and siren in an attempt to conduct a vehicle stop. This area is approximately .61 miles west of the intersection of Highway 188 and SR-94. The driver, later identified as the defendant, Jose Angel GIRON-Rodas, waved the agent to pass him. When GIRON realized the agent was pulling behind him, GIRON pulled back into the traffic lane and began to accelerate. At approximately 3:06 PM, Agent Wemhoener relayed a failure to yield (FTY) and requested a pursuit manager.

CONTINUATION OF COMPLAINT:
Jose Angel GIRON Rodas

At approximately 3:10 PM, GIRON pulled into a driveway and stopped the vehicle. Agent's Wemhoener and Manning approached the vehicle. Agent Wemhoener approached GIRON and placed a handcuff on one wrist and instructed GIRON to exit his vehicle. Agent Wemhoener felt GIRON tensing up preparing to run or fight so the agent placed GIRON on the ground. Agent Manning observed an individual attempting to conceal themselves in the back of the truck. Agent Manning conducted an immigration inspection on the individual, later identified as material witness, Miguel Angel AQUINO-Porras. AQUINO stated he is a citizen of Guatemala without any immigration documents allowing his to enter or remain in the United States leaglly. At approximately 3:11 PM, Agent Wemhoener placed GIRON under arrest. Agent Wemhoener conducted an immigration inspection on GIRON who stated he is from Guatemala but in the United States legally. GIRON appeared to be confused and stated he needed to talk to a lawyer about his immigration status.

Defendant, Jose Angel GIRON Rodas, was advised of his Miranda Rights. GIRON stated he would be willing to speak without an attorney present. GIRON stated he was told by a friend to come to the area for a painting job. GIRON stated that while looking for the address, he became lost in the area of Otay Lakes Road and State Route 94. GIRON stated that he had been driving in circles for about an hour before driving down a dirt road with no exit and continuing back toward State Route 94. GIRON then stated he saw several people walking on the side of the road, when a man asked him for a ride. GIRON stated he knew the man he was transporting had likely crossed the United States border illegally.

Material witness, Miguel Angel AQUINO Porras, admitted being a citizen of Guatemala and did not possess the proper documentation to enter or remain in the United States legally. AQUINO stated a family member made smuggling arrangements to pay a fee of $7,000 USD, upon successfully reaching his destination of Los Angeles, California. AQUINO stated he walked for two days until he reached a dirt road. AQUINO stated he was asking for a ride when a blue four door pick-up truck, driven by a male individual stopped. AQUINO stated the driver asked him where he was heading, to which AQUINO answered "Los Angeles". AQUINO stated the driver instructed him to get in the back seat and hide. AQUINO stated the driver told him that he knew he was committing a crime. AQUINO stated that he heard sirens shortly after the driver began to drive off. AQUINO also stated that he told the driver to stop, but the driver continued for approximately 15 minutes before finally pulling over. AQUINO stated the driver told him not to move. AQUINO stated he and the driver were arrested shortly after stopping.